IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICK FLORES and TISHA FLORES

        Plaintiff,

  v.

THOR MOTOR COACH, INC., et al.

        Defendant.

CASE NO. 5:12-cv-01029- HRL

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

John A. Felton, whose business address and telephone number is Lathrop & Gage LLP, 2345 Grand Blvd., Suite 2200, Kansas City, MO 64108, 816-460-5710

and who is an active member in good standing of the bar of Kansas and Missouri having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Cummins Power Generation Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: March 26, 2012

~~Hon. Howard R. Lloyd~~
~~United States Magistrate Judge~~
Hon. Lucy H. Koh
United States District Judge