IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FLORES and TISHA FLORES<br><br>            Plaintiff,<br>   v.<br>THOR MOTOR COACH, INC., et al.<br><br>            Defendant.         / | CASE NO. 5:12-cv-01029- HRL<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION<br>FOR ADMISSION OF ATTORNEY<br>*PRO HAC VICE* |

John A. Felton, whose business address and telephone number is Lathrop & Gage LLP, 2345 Grand Blvd., Suite 2200, Kansas City, MO 64108, 816-460-5710

and who is an active member in good standing of the bar of Kansas and Missouri having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Cummins Power Generation Inc.

   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: March 26, 2012

*Lucy H. Koh*
~~Hon. Howard R. Lloyd~~
~~United States Magistrate Judge~~
Hon. Lucy H. Koh
United States District Judge