**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICK FLORES and TISHA FLORES

        Plaintiff,

  v.

THOR MOTOR COACH, INC., et al.

        Defendant.

CASE NO. 5:12-cv-01029- HRL

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Kevin M. Kuhlman, whose business address and telephone number is Lathrop & Gage LLP, 2345 Grand Blvd., Suite 2200, Kansas City, MO 64108, 816-460-5714

and who is an active member in good standing of the bar of Kansas and Missouri having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Cummins Power Generation Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: March 26, 2012

*Lucy H. Koh*
~~Hon. Howard R. Lloyd~~
~~United States Magistrate Judge~~
Hon. Lucy H. Koh
United States District Judge