1 TERRY L. BAKER (SBN 214365)
820 Bay Avenue, Suite 230L
2 Capitola, CA 95010
Tel:    (831) 476-7900
3 Fax:   (831) 476-7906
tbaker@consumerlawgroup.net
4
Attorneys for Plaintiffs
5 RICK FLORES and TISHA FLORES

6

7

8

9              **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
10                    **SAN JOSE DIVISION**

11

12 RICK FLORES and TISHA             Case number: 5:12-CV-01029 LHK
FLORES,
13                                   ~~[PROPOSED]~~ **ORDER**
                                     **GRANTING THE PARTIES'**
              Plaintiffs             **REQUEST TO EXTEND**
14                                   **OPPOSITION AND REPLY**
                                     **DEADLINES TO CUMMINS**
15 v.                                **POWER GENERATION INC.'S**
                                     **MOTION TO DISMISS**
16 THOR MOTOR COACH, INC., a
corporation; AIRXCEL, INC., a
17 corporation; CUMMINS POWER
GENERATION INC, a corporation;
18 FORD MOTOR COMPANY, a
corporation; and DOES ONE through
19 FORTY;

20              Defendant(s).

21

22       The Court, having reviewed the stipulation submitted by the parties to

23 extend the opposition and reply deadlines to defendant Cummins Power

   Generation Inc.'s Motion to Dismiss, and good cause appearing, it is hereby
24
   ORDERED that plaintiffs' opposition to the motion to dismiss is now due to be
25
   filed and served on or before May 25, 2012, and defendant's reply is due to be
26
   filed on or before June 4, 2012.
27
   Dated: March 28, 2012
28
                                     _____
                                     Hon. Lucy H. Koh
                                     U.S. District Court Judge
                                              1

────────────────────────────────────────────
                    PROPOSED ORDER