1  TERRY L. BAKER (SBN 214365)
   820 Bay Avenue, Suite 230L
2  Capitola, CA 95010
   Tel:   (831) 476-7900
3  Fax:   (831) 476-7906
   tbaker@consumerlawgroup.net
4
   Attorneys for Plaintiffs
5  RICK FLORES and TISHA FLORES

6

7

8

9              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
10                    **SAN JOSE DIVISION**

11

12 | RICK FLORES and TISHA FLORES, | Case number: 5:12-CV-01029 LHK |
   |---|---|
   | Plaintiffs | **~~[PROPOSED]~~ ORDER GRANTING THE PARTIES' REQUEST TO EXTEND OPPOSITION AND REPLY DEADLINES TO CUMMINS POWER GENERATION INC.'S MOTION TO DISMISS** |
   | v. | |
   | THOR MOTOR COACH, INC., a corporation; AIRXCEL, INC., a corporation; CUMMINS POWER GENERATION INC, a corporation; FORD MOTOR COMPANY, a corporation; and DOES ONE through FORTY; | |
   | Defendant(s). | |

   The Court, having reviewed the stipulation submitted by the parties to extend the opposition and reply deadlines to defendant Cummins Power Generation Inc.'s Motion to Dismiss, and good cause appearing, it is hereby ORDERED that plaintiffs' opposition to the motion to dismiss is now due to be filed and served on or before May 25, 2012, and defendant's reply is due to be filed on or before June 4, 2012.

   Dated: March 28, 2012

   _____
   Hon. Lucy H. Koh
   U.S. District Court Judge