1  Jeffrey Grant (SBN 218974)
   jgrant@lathropgage.com
2  Lathrop & Gage LLP
   1888 Century Park East, Suite 1000
3  Los Angeles, CA 90067
   Telephone:  310.789.4600
4  Facsimile:   310.789.4601

5  J.A. (Jay) Felton (admitted *pro hac vice*)
   jfelton@lathropgage.com
6  Kevin M. Kuhlman (admitted *pro hac vice*)
   kkuhlman@lathropgage.com
7  2345 Grand Blvd., Suite 2200
   Kansas City, MO  64108
8  Telephone:  816.292.2000
   Facsimile:  816.292.2001

9  Attorneys for Defendant
   Cummins Power Generation Inc.
10

11

12                    UNITED STATES DISTRICT COURT
13                    NORTHERN DISTRICT OF CALIFORNIA
14                         SAN JOSE DIVISION

15

16 | RICK FLORES and TISHA FLORES,        | Case No.  5:12-cv-01029- LHK
17 |            Plaintiffs,               | **[PROPOSED] ORDER GRANTING THE PARTIES' REQUEST TO EXTEND OPPOSITION AND REPLY DEADLINES TO CUMMINS POWER GENERATION INC.'S MOTION TO DISMISS** AS MODIFIED
18 | v.                                   |
19 | THOR MOTOR COACH, INC., a corporation; AIRXCEL, INC., a corporation; CUMMINS POWER GENERATION, INC., a corporation; FORD MOTOR COMPANY, a corporation; and DOES ONE through FORTY; | Judge: Hon. Lucy H. Koh
24 |            Defendants.               |

25

26

27

28

[~~PROPOSED~~] ORDER

The Court, having reviewed the stipulation submitted by the parties to extend the opposition and reply deadlines to defendant Cummins Power Generation, Inc.'s Motion to Dismiss, and good cause appearing, it is hereby ORDERED that plaintiffs' opposition to the motion to dismiss is now due to be filed and served on or before June 28, 2012, and defendant's reply is due to be filed on or before July 12, 2012.

**IT IS SO ORDERED**.

Dated: May 15, 2012

_Lucy H. Koh_
Hon. Lucy H. Koh
U.S. District Court Judge