```
 1  Jeffrey Grant (SBN 218974)
    jgrant@lathropgage.com
 2  Lathrop & Gage LLP
    1888 Century Park East, Suite 1000
 3  Los Angeles, CA 90067
    Telephone:  310.789.4600
 4  Facsimile:   310.789.4601

 5  J.A. (Jay) Felton (admitted pro hac vice)
    jfelton@lathropgage.com
 6  Kevin M. Kuhlman (admitted pro hac vice)
    kkuhlman@lathropgage.com
 7  2345 Grand Blvd., Suite 2200
    Kansas City, MO  64108
 8  Telephone:  816.292.2000
    Facsimile:  816.292.2001

 9  Attorneys for Defendant
    Cummins Power Generation Inc.
10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICK FLORES and TISHA FLORES,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>THOR MOTOR COACH, INC., a corporation; AIRXCEL, INC., a corporation; CUMMINS POWER GENERATION, INC., a corporation; FORD MOTOR COMPANY, a corporation; and DOES ONE through FORTY;<br><br>　　　　　Defendants. | Case No.  5:12-cv-01029- LHK<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES' REQUEST TO EXTEND OPPOSITION AND REPLY DEADLINES TO CUMMINS POWER GENERATION INC.'S MOTION TO DISMISS** AS MODIFIED<br><br>Judge:  Hon. Lucy H. Koh |

[PROPOSED] ORDER

The Court, having reviewed the stipulation submitted by the parties to extend the opposition and reply deadlines to defendant Cummins Power Generation, Inc.'s Motion to Dismiss, and good cause appearing, it is hereby ORDERED that plaintiffs' opposition to the motion to dismiss is now due to be filed and served on or before June 28, 2012, and defendant's reply is due to be filed on or before July 12, 2012.

**IT IS SO ORDERED**.

Dated: May 15, 2012

_Lucy H. Koh_
Hon. Lucy H. Koh
U.S. District Court Judge