UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICK FLORES and TISHA FLORES, | Case No.: 12-CV-01029-LHK |
| Plaintiffs, | |
| v. | ORDER GRANTING IN PART AND DENYING IN PART STIPULATION |
| THOR MOTORS COACH, INC., a corporation; AIRXCEL, INC., a corporation; CUMMINS POWER GENERATION INC., a corporation; FORD MOTOR COMPANY, a corporation; and DOES ONE through FORTY; | |
| Defendants. | |

The parties have filed a stipulation requesting that the Court continue the case management conference and hearing on the pending motion to dismiss, which are currently set for August 2, 2012. The Court GRANTS the request to the extent that the parties request to continue the case management conference. The case management conference is reset for September 12, 2012 at 2:00 p.m. However, the Court DENIES the request to the extent that the parties seek to continue the motion hearing date. The hearing date on the pending motion to dismiss remains as set for August 2, 2012 at 1:30 p.m. The reply in support of the motion to dismiss shall be filed no later than July 12, 2012, as set forth in the stipulation and order at ECF No. 27.

1

Case No.: 12-CV-01029-LHK
ORDER GRANTING IN PART AND DENYING IN PART STIPULATION

1   **IT IS SO ORDERED.**

2   Dated: July 10, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 12-CV-01029-LHK
ORDER GRANTING IN PART AND DENYING IN PART STIPULATION