TERRY L. BAKER (SBN 214365)
820 Bay Avenue, Suite 230L
Capitola, CA 95010
Tel:   (831) 476-7900
Fax:   (831) 476-7906
tbaker@consumerlawgroup.net

Attorneys for Plaintiffs
RICK FLORES and TISHA FLORES

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| RICK FLORES and TISHA FLORES,<br><br>Plaintiffs<br><br>v.<br><br>THOR MOTOR COACH, INC., a corporation; AIRXCEL, INC., a corporation; CUMMINS POWER GENERATION INC, a corporation; FORD MOTOR COMPANY, a corporation; and DOES ONE through FORTY;<br><br>Defendant(s). | Case number: 5:12-CV-01029 LHK<br><br>[~~PROPOSED~~] ORDER GRANTING THE PARTIES' REQUEST TO EXTEND OPPOSITION AND REPLY DEADLINES TO THOR MOTOR COACH, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

The Court, having reviewed the stipulation submitted by the parties to extend the opposition and reply deadlines to defendant Thor Motor Coach, Inc.'s Motion for Partial Summary Judgment, and good cause appearing, it is hereby ORDERED that plaintiffs' opposition to the motion is now due to be filed and served on or before February 20, 2013, and defendant's reply is due to be filed on or before February 27, 2013.

Dated: 1/1/2013

_Lucy H. Koh_
Hon. Lucy H. Koh
U.S. District Court Judge

1