TERRY L. BAKER (SBN 214365)
820 Bay Avenue, Suite 230L
Capitola, CA 95010
Tel:    (831) 476-7900
Fax:   (831) 476-7906
tbaker@consumerlawgroup.net

Attorneys for Plaintiffs
RICK FLORES and TISHA FLORES

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| RICK FLORES and TISHA FLORES,<br><br>Plaintiffs<br><br>v.<br><br>THOR MOTOR COACH, INC., a corporation; AIRXCEL, INC., a corporation; CUMMINS POWER GENERATION INC, a corporation; FORD MOTOR COMPANY, a corporation; and DOES ONE through FORTY;<br><br>Defendant(s). | Case No.: 5:12-CV-01029 LHK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |

It is hereby stipulated by and between plaintiffs, Rick and Tisha Flores, and defendants, Thor Motor Coach, Inc. ("Thor") , Airxcel, Inc. ("Airxcel"), and Cummins Power Generation Inc. ("Cummins"), by and through their respective counsel of record, that based on the settlement that the parties have entered into, the above-captioned matter be dismissed, with prejudice, as to defendants Thor, Airxcel, and Cummins, pursuant to FRCP Rule 41(a)(1).

///

///

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON**

1  ///
2  ///
3  Dated: March 11, 2013                Respectfully submitted,
4
5
6                                       /s/ Terry L. Baker
                                        TERRY L. BAKER
7                                       Attorneys for Plaintiffs

8  Dated: March 11, 2013                SUMMERS & SHIVES
9
10
11                                      /s/ Dolores E. Gonzales
                                        DOLORES E. GONZALES
12                                      Attorney for Thor Motor Coach, Inc., Airxcel, Inc.

13 Dated: March 11, 2013                LATHROP & GAGE LLP
14
15                                      /s/ Kevin M. Kuhlman
                                        KEVIN M. KUHLMAN
16                                      Attorney for Cummins Power Generation Inc

17                                   **ORDER**

18         The parties having stipulated and good cause appearing therefor, IT IS
19 HEREBY ORDERED that the above-captioned matter is hereby dismissed, with prejudice as
20 to defendants Thor Motor Coach, Inc., Airxcel, Inc. and Cummins Power Generation Inc..
21
22 Dated: March 13, 2013                /s/ Lucy H. Koh
23                                      Hon. LUCY H. KOH
                                        UNITED STATES DISTRICT JUDGE
24
25
26
27
28

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON**