1   TERRY L. BAKER (SBN 214365)
    820 Bay Avenue, Suite 230L
2   Capitola, CA 95010
    Tel:    (831) 476-7900
3   Fax:    (831) 476-7906
    tbaker@consumerlawgroup.net
4
    Attorneys for Plaintiffs
5   RICK FLORES and TISHA FLORES

6

7

8

9           UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA
10                SAN JOSE DIVISION

11  RICK FLORES and TISHA FLORES,          Case No.: 5:12-CV-01029 LHK

12
                    Plaintiffs
13
    v.                                     STIPULATION FOR DISMISSAL
14                                         WITH PREJUDICE AND ORDER
                                           THEREON
15  THOR MOTOR COACH, INC., a
    corporation; AIRXCEL, INC., a
16  corporation; CUMMINS POWER
    GENERATION INC, a corporation;
17  FORD MOTOR COMPANY, a
    corporation; and DOES ONE through
18  FORTY;

19                  Defendant(s).

20

21          It is hereby stipulated by and between plaintiffs, Rick and Tisha Flores, and

22  defendants, Thor Motor Coach, Inc. ("Thor") , Airxcel, Inc. ("Airxcel"), and Cummins

23  Power Generation Inc. ("Cummins"), by and through their respective counsel of record, that

24  based on the settlement that the parties have entered into, the above-captioned matter be

25  dismissed, with prejudice, as to defendants Thor, Airxcel, and Cummins, pursuant to FRCP

26  Rule 41(a)(1).

27  ///

28  ///

                                           1

1  ///

2  ///

3  Dated:        March 11, 2013            Respectfully submitted,

4

5

6                                          /s/ Terry L. Baker
                                           TERRY L. BAKER
7                                          Attorneys for Plaintiffs

8  Dated:        March 11, 2013            SUMMERS & SHIVES
9

10                                         /s/ Dolores E. Gonzales
11                                         DOLORES E. GONZALES
                                           Attorney for Thor Motor Coach, Inc., Airxcel, Inc.
12

13 Dated:        March 11, 2013            LATHROP & GAGE LLP

14

15                                         /s/ Kevin M. Kuhlman
                                           KEVIN M. KUHLMAN
16                                         Attorney for Cummins Power Generation Inc

17                          **ORDER**

18            The parties having stipulated and good cause appearing therefor, IT IS

19 HEREBY ORDERED that the above-captioned matter is hereby dismissed, with prejudice as

20 to defendants Thor Motor Coach, Inc., Airxcel, Inc. and Cummins Power Generation Inc..

21

22 Dated: March 13, 2013

23                                         Hon. LUCY H. KOH
                                           UNITED STATES DISTRICT JUDGE
24

25

26

27

28

                                    2