UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICK FLORES and TISHA FLORES,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>THOR MOTORS COACH, INC., a corporation;<br>AIRXCEL, INC., a corporation; CUMMINS<br>POWER GENERATION INC., a corporation;<br>FORD MOTOR COMPANY, a corporation; and<br>DOES ONE through FORTY;<br><br>　　　　　Defendants. | Case No.: 12-CV-01029-LHK<br><br>ORDER RE: CASE MANAGEMENT<br>CONFERENCE |

Pursuant to stipulation, the Court has dismissed the above-captioned matter as between Plaintiffs Rick and Tisha Flores, and Defendants Thor Motor Coach, Inc. ("Thor"), Airxcel, Inc. ("Airxcel"), and Cummins Power Generation, Inc. ("Cummins").

The Court therefore vacates the hearing on Thor Motor Coach's Motion for Partial Summary Judgment, previously scheduled for April 4, 2013. The Case Management Conference scheduled for April 4, 2013, at 1:30 p.m., remains as set for Plaintiffs Rick and Tisha Flores and Defendant Ford Motor Company.

**IT IS SO ORDERED.**

Dated: March 13, 2013

_____
LUCY H. KOH
United States District Judge

2

Case No.: 12-CV-01029-LHK
ORDER RE: CASE MANAGEMENT CONFERENCE