UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICK FLORES and TISHA FLORES, <br><br> Plaintiffs, <br><br> v. <br><br> THOR MOTORS COACH, INC., a corporation; AIRXCEL, INC., a corporation; CUMMINS POWER GENERATION INC., a corporation; FORD MOTOR COMPANY, a corporation; and DOES ONE through FORTY; <br><br> Defendants. | Case No.: 12-CV-01029-LHK <br><br> ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

On March 28, 2013, Plaintiffs filed an Updated Case Management Statement, representing that this matter has been settled in its entirety. ECF No. 76. The parties are waiting for Ford, the sole remaining Defendant, to issue settlement funds, which is expected to take place in the next three weeks. *Id.*

At Plaintiffs' request, the Court hereby continues the Case Management Conference scheduled for April 4, 2013, at 1:30 p.m. until May 29, 2013 at 2:00 p.m. Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement by May 22, 2013.

**IT IS SO ORDERED.**

1

Case No.: 12-CV-01029-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Dated: April 1, 2013                               _____
                                                   LUCY H. KOH
                                                   United States District Judge

2

Case No.: 12-CV-01029-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE