UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICK FLORES and TISHA FLORES,<br><br>      Plaintiffs,<br>  v.<br><br>THOR MOTORS COACH, INC., a corporation;<br>AIRXCEL, INC., a corporation; CUMMINS<br>POWER GENERATION INC., a corporation;<br>FORD MOTOR COMPANY, a corporation; and<br>DOES ONE through FORTY;<br><br>      Defendants. | Case No.: 12-CV-01029-LHK<br><br>ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE |

On March 28, 2013, Plaintiffs filed an Updated Case Management Statement, representing that this matter has been settled in its entirety. ECF No. 76. The parties are waiting for Ford, the sole remaining Defendant, to issue settlement funds, which is expected to take place in the next three weeks. *Id.*

At Plaintiffs' request, the Court hereby continues the Case Management Conference scheduled for April 4, 2013, at 1:30 p.m. until May 29, 2013 at 2:00 p.m. Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement by May 22, 2013.

**IT IS SO ORDERED.**

Dated: April 1, 2013

_____
LUCY H. KOH
United States District Judge

2
Case No.: 12-CV-01029-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE