TERRY L. BAKER (SBN 214365)
820 Bay Avenue, Suite 230L
Capitola, CA 95010
Tel:    (831) 476-7900
Fax:    (831) 476-7906
tbaker@consumerlawgroup.net

Attorneys for Plaintiffs
RICK FLORES and TISHA FLORES

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| RICK FLORES and TISHA FLORES,<br><br>Plaintiffs<br><br>v.<br><br>THOR MOTOR COACH, INC., a corporation; AIRXCEL, INC., a corporation; CUMMINS POWER GENERATION INC, a corporation; FORD MOTOR COMPANY, a corporation; and DOES ONE through FORTY;<br><br>Defendant(s). | Case No.: 5:12-CV-01029 LHK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |

It is hereby stipulated by and between plaintiffs, Rick and Tisha Flores, and defendant Ford Motor Company, by and through their respective counsel of record, that based on the settlement that the parties have entered into, the above-captioned matter be dismissed, with prejudice, as to defendant Ford Motor Company.

Dated:      April 17, 2013            Respectfully submitted,


                                      /s/ Terry L. Baker
                                      TERRY L. BAKER
                                      Attorneys for Plaintiffs

1

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON**

| | | |
|---|---|---|
|1| | |
|2|Dated:    April 17, 2013|SHOOK, HARDY & BACON L.L.P.|

/s/ Paula Sarti
PAULA SARTI
Attorney for Ford Motor Company

## **ORDER**

The parties having stipulated and good cause appearing therefor, IT IS HEREBY ORDERED that the above-captioned matter is hereby dismissed, with prejudice as to defendant Ford Motor Company.

The Clerk shall close the file.

Dated:  April 18, 2013

*Lucy H. Koh*

Hon. LUCY H. KOH
UNITED STATES DISTRICT JUDGE

2

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON**